

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00388-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**JASMINE ENGINEERING, INC.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI02459
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The court issued its opinion in this matter on October 31, 2018. Accordingly, any motion for rehearing was due on or before November 15, 2018. On November 9, 2018, appellant filed a motion for extension of time to file a motion for rehearing and motion for en banc reconsideration. Appellee filed a response in opposition and requested that this court expedite issuance of the mandate. After review, we **GRANT** appellant's motion and **ORDER** appellant to file its motion for rehearing and motion for en banc reconsideration, if any, in this court **on or before December 6, 2018**. **Appellant is advised that no further extensions of time to file a motion for rehearing or motion for en banc reconsideration will be granted**. Finally, we **DENY** appellee's request to expedite the mandate.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court